IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES EDWARD
STARLING,

      Appellant,

v.

SONYA GALLAGHER
STARLING,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2691

Opinion filed September 16, 2014.

An appeal from an order of the Circuit Court for Suwannee County.
David W. Fina, Judge.

Lucas J. Taylor, Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

No appearance for Appellee.

PER CURIAM.

      The Court has determined that the Final Judgment of Dissolution of Marriage is not a final order. See Hoffman v. O'Connor, 802 So. 2d 1197 (Fla. 1st DCA 2002). Accordingly, the appeal dismissed as premature.

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.